# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VA98 | E 1075052 | Solter | 50611 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 08/04/25  19:17 | 42.6-300 |

**Place of Offense**
Sweeney Blvd

**Offense Description: Factual Basis for Charge** HAZMAT ☐
VA Code 46.2-300
Driving without a license / Expired

### DEFENDANT INFORMATION

Phone: ███████

| Last Name | First Name | M.I. |
|---|---|---|
| White | Marvin | J |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| TSU 3369 | VA | 18 | BMW 370 | Gray |

**A ☒ APPEARANCE IS REQUIRED**
If Box A is checked, you must appear in court. See Instructions.

**B ☐ APPEARANCE IS OPTIONAL**
If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See Instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Newport News 23607
2400 West Ave, 3rd Floor Rm 2
Date: Dec 8th
Time: 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Marvin White

Original - CVB Copy

*E1075052*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

[blank lines]

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 11/20/2025 10:46